UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEVERLY S. BEAVERS and )<br>JAMES E. BEAVERS, )<br>)<br>Defendants. ) | No.: 3:12-CR-49<br>(VARLAN/SHIRLEY) |

## ORDER

This criminal case is before the Court for consideration of the Report and Recommendation, entered by United States Magistrate Judge C. Clifford Shirley, Jr., on December 13, 2012 (the "R&R") [Doc. 64]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Shirley recommends that the defendants' filings [Docs. 40, 41, 42, 47, 48, 49, 51, 52, and 57] be denied and that the government's motion to strike [Doc. 43] be denied as moot.

After a careful review of the R&R, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court adopts and incorporates into its ruling. Thus, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 64] and hereby **DENIES**

defendants' filings [Docs. 40, 41, 42, 47, 48, 49, 51, 52, and 57] and **DENIES AS MOOT** the government's Motion to Strike [Doc. 43].

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE